IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

COLUMBIAN BANK & TRUST COMPANY, )
    Plaintiff/Appellee, )
     )
    Vs )   Case No. 08-3150
     )
DANIEAL H. MILLER, PC, et al, )
    Defendants/Appellants. )

## STATEMENT OF ISSUES OF APPELLANTS
## DANIEAL H. MILLER, PC AND DANIEAL H. MILLER

**COME NOW** Appellants, and for their Statement of Issues herein state as follows:

1. The Trial Court erred in determining that proper service was had on Defendant/Appellant Danieal H. Miller, PC.

2. The Trial Court erred in entering a default judgment against Defendant/Appellant Danieal H. Miller, PC based on the alleged service as set forth in Paragraph 1 hereof and in failing to set same aside.

3. The Trial Court erred in granting summary judgment against Defendant/Appellant Danieal H. Miller, individually as guarantor based on the defective judgment against Danieal H. Miller, PC as set forth above.

4. The Trial Court erred in granting summary judgment against Defendant/Appellant Danieal H. Miller, individually as guarantor based on the fact that there was lack of consideration for the guaranty that provided the basis for said summary judgment.

5. The Trial Court erred in dismissing the counterclaim of Defendants/Appellants Danieal H. Miller, PC and Danieal H. Miller, individually, in that it ignored significant factual

disputes bearing on the amount Defendants/Appellants would ultimately owe Plaintiff/Appellee, if anything.

6. The Trial Court erred in awarding attorney fees in favor of Plaintiff/Appellee Columbian Bank & Trust Company and against Defendants/Appellants Danieal H. Miller, PC and Danieal H. Miller, individually despite the fact that the amount claimed by Plaintiff/Appellee Columbian Bank & Trust Company was disputed by Defendants/Appellants and further in the face of a request by Defendants/Appellants for discovery and the opportunity to be heard with regard to said issue.

7. The Trial Court erred in failing to grant Defendant/Appellant Danieal H. Miller, PC's and Defendant/Appellant Danieal H. Miller's Motion for New Trial containing as their basis Paragraphs 1 through 6 hereof.

s/Danieal H. Miller
DANIEAL H. MILLER, MB#29082
DANIEAL H. MILLER, PC
720 W. Sexton Road
Columbia, MO 65203
573-443-1645
573-874-3159 (fax)

PRO SE AND AS
ATTORNEY FOR DEFENDANT
DANIEAL H. MILLER, PC

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Statement of Issues of Defendants/Appellants Danieal H. Miller, PC and Danieal H. Miller, individually was electronically filed and electronically forwarded to Mr. George A. Barton and Mr. Robert

Harken, The Law Offices of George A. Barton, PC, 800 West 47th Street, Suite 700, Kansas City, MO 64112 on the 29th day of September, 2008.

                                                  s/Danieal H. Miller
                                                  DANIEAL H. MILLER