IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

COLUMBIAN BANK & TRUST COMPANY, )
    Plaintiff/Appellee, )
     )
    Vs ) Case No. 08-3150
     )
DANIEAL H. MILLER, PC, et al, )
    Defendants/Appellants. )

DISMISSAL OF APPEAL

**COMES NOW** Appellant Danieal H. Miller, pro se and Appellant Danieal H. Miller, PC, by and through counsel, and hereby dismiss the appeal pending in the above-referenced matter.

                                                s/Danieal H. Miller
                                                DANIEAL H. MILLER, MB#29082
                                                DANIEAL H. MILLER, PC
                                                720 W. Sexton Road
                                                Columbia, MO  65203
                                                573-443-1645
                                                573-874-3159 (fax)

                                                PRO SE AND AS
                                                ATTORNEY FOR DEFENDANT
                                                DANIEAL H. MILLER, PC

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Dismissal of Appeal was electronically filed and mailed, postage prepaid, to Mr. George A. Barton and Mr.

Robert Harken, The Law Offices of George A. Barton, PC, 800 West 47th Street, Suite 700, Kansas City, MO 64112 on the 20th day of November, 2008.

s/Danieal H. Miller
DANIEAL H. MILLER